1
 The People of the State of Colorado, Petitioner v. Jacob Alexander Shockey. Respondent No. 24SC117
Supreme Court of Colorado, En Banc
September 30, 2024
 
           Court
 of Appeals Case No. 21CA311
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 any claim that the jury's findings are inconsistent was
 waived where the findings were read aloud by the district
 court and the defendant did not object until after the jury
 was discharged.
 
 
          Whether
 a finding on a special interrogatory that the prosecution had
 not proven beyond a reasonable doubt the defendant used, or
 possessed and threatened the use of, a deadly weapon is
 logically and legally inconsistent with a conviction for
 second degree murder or negates an element of that offense.
 
 
          Whether
 the appropriate remedy for an inconsistent verdict and
 special interrogatory finding is vacation of the conviction
 and entry of a judgment of acquittal or reversal of the
 conviction and remand for a new trial.